ACCEPTED
03-14-00656-CR
4570106
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 4:13:56 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00656-CR

| | | | |
|---|---|---|---|
| **Ron Fuson** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| **Vs.** | § | **3rd COURT** | 3/19/2015 4:13:56 PM |
| **State of Texas** | § | | JEFFREY D. KYLE<br>Clerk |
| | § | **OF APPEALS, Austin, Texas** | |

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Ron Fuson Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. On MARCH 19, 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2. This case is on appeal from the 119th Judicial District, Tom Green County, Texas.

3. The case below was styled the State of Texas vs.Ron Fuson, and numbered C-12-0998-SB. The Defendant was convicted of Failure to register as a sex offender on September 12, 2014.

1

4. Appellant was sentenced to five years in the Institutional Division of the Texas Department of Criminal Justice.

5. Notice of appeal was given on October 14, 2014.

6. The clerk's record was filed on November 12, 2014; the reporter's record was filed on , November 4, 2014.

8. Appellant's Brief is presently February 10, 2015. Counsel is unable to file Appellant's Brief on or before February 10. 2015. Counsel has spent the last several months shutting down much of his outer county practice due to his recent divorce and obtaining 50% custody of his children in order to be available for them, as well as continuing to run his practice. Further counsel since the first extension was granted has had Numerous cases not settle until just prior to trial, which required counsel to prepare for trial, including State vs. Adrian Rodriguez Cause No. 6377 In the 119th District court of Runnels county where in the Defendant was facing 15 to life of a Possession with intent to deliver a controlled substance charge which was set for trial in February, as well as, a custody case in Mills county Texas, during February, that resulted in a week long Jury trial styled, " In the Interest of M.L.W. and T.W.W.

children" cause No. 07-02-5943. This resulted in this counsel being away from his office for much of January and February, 2015 and out of town. T his Counsel, had not had adequate time to review the clerk's record and reporter's record or to conduct an investigation and prepare a proper brief by the present deadline. Counsel believes that an anders brief is appropriate in this matter and is currently drafting that brief. Counsel anticipates the brief will be ready by no later than March 27, 2015. Counsel believes without additional time to prepare said brief appellant will be denied effective assistance of counsel in this matter. Counsels failure to file the brief timely was inadvertent and not a conscious disregard of the courts deadlines.

9. Counsel therefore requests this court extend the time for filing said Brief to 45 days from the current due date of February 10. 2015 so that counsel may review the record in this matter and draft a brief.

10. One previous Extension have been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Nathan Butler Attorney at law
180 Stoneham
San Angelo, Texas 76905
Tel: (325) 653-2373
Fax: (325) 617-5485


By: /s/ **Nathan Butler**
    Nathan Butler
    State bar No. 24006935
    Attorney for Appellant
    Ron Fusion


## CERTIFICATE OF SERVICE

This is to certify that on, March 19, 2015, a true and correct copy of the above

and foregoing document was served on the following by fax to3256586831.


George McCrea
119th District Attorney
124 W. Beauregard
San Angelo, Texas 76903

/s/Nathan Butler
Nathan Butler


STATE OF TEXAS         §
§
COUNTY OF Tom Green     §


## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Appellant's Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."

Nathan Butler
Affiant


SUBSCRIBED AND SWORN TO BEFORE ME on March 19, 2015, to certify

which witness my hand and seal of office.



MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018

_Melva Lanita Butler_
Notary Public, State of Texas